# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **LINDA SCHAEFER,** <br><br> Defendant. | CR 05-108-BLG-BMM <br><br> **ORDER** |

Pending before the Court is the motion of the United States of America, by the Director of the Federal Bureau of Prisons (BOP), pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of Schaefer's term of imprisonment to time served and commencement of the five year term of supervised release previously imposed. The Court finds:

1. On May 11, 2006, Schaefer was convicted of conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846, possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), and use of a communication facility in violation of 21 U.S.C. § 843(b).

1

2. Schaefer was initially sentenced on August 11, 2006, to a 235-month term of imprisonment and a supervised release term of five years. On July 5, 2016, this Court reduced Schaefer's sentence to 188 months.

3. Schaefer has a projected good conduct time release date of December 16, 2019.

4. Schaefer is 66 years old, has served over 11 years and five months (73%) of her 188-month term of imprisonment, and is experiencing deteriorating physical health that substantially diminishes her ability to function in a correctional facility.

5. Section 3582(c)(1)(A)(i) of Title 18 authorizes the Court, upon motion of the Director of the BOP, to modify a term of imprisonment upon finding that extraordinary and compelling reasons warrant the reduction. The Director of the BOP contends, and this Court agrees, that Schaefer's advanced age, medical condition, and service of at least 50 percent of her term of imprisonment constitute extraordinary and compelling reasons warranting the requested reduction.

IT IS THEREFORE ORDERED that Schaefer's term of imprisonment is reduced to the time she has already served.

IT IS FURTHER ORDERED that Schaefer shall be released from the custody of the BOP as soon as her medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon Schaefer's release from the custody of the BOP, she shall begin serving the five-year term of supervised release previously imposed.

DATED this 17th day of October, 2017.

_____
Brian Morris
United States District Court Judge